```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/28/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ,

          Plaintiff,

-against-

ALLIED CLEANING AND MAINTENANCE CORP.; ALLIED CLEANING AND MAINTENANCE SERVICES, INC; ALLIED CLEANING SERVICES, INC.; GUARDIAN BUILDING SERVICES, LLC; JOHN KIELY, an individual,

          Defendants.

23 Civ. 8403 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 22, 2023, Plaintiff filed a complaint to confirm and enforce an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly,

1. By **November 2, 2023**, Plaintiff shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the complaint, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;
2. By **November 30, 2023**, Defendants shall file their opposition papers; and
3. By **December 14, 2023**, Plaintiff shall file its reply, if any.

    By **October 5, 2023**, Plaintiff shall serve a copy of the complaint and this order upon Defendants by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311. By **October 12, 2023**, Plaintiff shall file an affidavit of such service.

    SO ORDERED.

Dated: September 28, 2023
       New York, New York

*/s/ Analisa Torres*
ANALISA TORRES
United States District Judge