USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2023

**32BJ SEIU**
Stronger Together

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**MANNY PASTREICH**
President

**JOHN SANTOS**
Secretary Treasurer

**ROXANA RIVERA**
Assistant to the President

**EXECUTIVE
VICE PRESIDENTS**

SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
ROB HILL
DENIS JOHNSTON
GABE MORGAN
CANDIS TALL

**VICE PRESIDENTS**

DEAN DEVITA
ISRAEL MELENDEZ
ROCHELLE PALACHE
KEVIN STAVRIS

**Capital Area District**
Washington  202.387.3211
Baltimore     410.244.6299
Virginia       202.387.3211

**Connecticut District**
Hartford      860.560.8674
Stamford    203.674.9965

**Mid-Atlantic District 1201**
215.226.3600
215.923.5488
302.295.4814

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**National Conference of
Firemen and Oilers**
276.706.3210

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

November 20, 2023

**Via ECF**

The Honorable Analisa Torres, District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

    **Re:**     **Request for Extension of Time to file Local Civil Rule 56.1 Statement**

              **Service Employees International Union, Local 32BJ v. Allied Cleaning and Maintenance Corp. et al (1:23-cv-08403-AT)**

Dear Judge Torres:

Plaintiff Service Employees International Union, Local 32BJ ("Local 32BJ") requests an extension of time to serve and file its Rule 56.1 materials. The Court's Order granting Plaintiff's first request for an extension of time (ECF No. 28) provided the following deadlines:

1. Plaintiff shall serve and file its Rule 56.1 materials by November 28, 2023;
2. Defendants shall file their opposition papers by December 27, 2023; and
3. Plaintiff shall file its reply, if any, by January 10, 2023.

Plaintiff makes this second request for an extension of time due to the challenges of serving Defendant John Kiely around the Thanksgiving holiday. Service of the Complaint on Defendant Kiely was effected by the "nail and mail" method, which requires the process server to attempt service at Defendant Kiely's residence on three separate days. Plaintiff's process server, Lexitas, will be short staffed around the Thanksgiving holiday, making service difficult to achieve by November 28, 2023.

In addition, while no counsel has yet appeared by Defendants in this case, Mr. Robert A. Sparer of the law firm Clifton Budd & DeMaria, LLP has been in active settlement talks with Plaintiff. Mr. Sparer has represented to Plaintiff that while he does not represent Defendant John Kiely or any of the other Defendants, he has received the papers served on Defendant John Kiely and is in contact with him. Plaintiff made its most recent settlement counter proposal to Mr. Sparer on November 17, 2023.

In light of the difficulties effecting service around the Thanksgiving holiday as well as the potential for settlement, Plaintiff respectfully requests extensions of the deadlines in the Court's October 30, 2023 Order (ECF No. 28) as follows:

1. Plaintiff shall serve and file its Rule 56.1 materials by December 19, 2023;
2. Defendants shall file their opposition papers by January 17, 2024;
3. Plaintiff shall file its reply, if any, by January 31, 2024.

Defendants have not consented to this request.

Sincerely,

*/s/ Berto Elysee*

Berto Elysee
Counsel for Plaintiff

GRANTED.

SO ORDERED.

Dated: November 21, 2023
       New York, New York

ANALISA TORRES
United States District Judge