UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 32BJ,

                    Plaintiff,

-against-

ALLIED CLEANING AND MAINTENANCE
CORP.; ALLIED CLEANING AND
MAINTENANCE SERVICES, INC; ALLIED
CLEANING SERVICES, INC.; GUARDIAN
BUILDING SERVICES, LLC; JOHN KIELY,
an individual,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/23/2024_

23 Civ. 8403 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 21, 2023, the Court set a revised briefing schedule for Plaintiff's motion for summary judgment. ECF No. 30. The Court ordered Plaintiff to file its motion by December 19, 2023, and Plaintiff complied. *See* ECF Nos. 31–35. The Court ordered Defendants to file their opposition papers by January 17, 2024. ECF No. 30. That submission is now overdue.

      Accordingly, Defendants shall file their opposition papers by **January 30, 2024**. If Defendants fail to file their opposition papers by that date, the Court will consider Plaintiff's motion unopposed. The deadline for Plaintiff's reply is ADJOURNED to **February 13, 2024**.

      SO ORDERED.

Dated: January 23, 2024
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge