

February 8, 2024

MEMORANDUM ENDORSED

**Via ECF**

The Honorable Gabriel W. Gorenstein, Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Request for Adjournment of Telephone Conference

             **Service Employees International Union, Local 32BJ v. Allied Cleaning and Maintenance Corp. et al (1:23-cv-08403-AT-GWG)**

Dear Judge Gorenstein:

Plaintiff Service Employees International Union, Local 32BJ ("Local 32BJ") requests an adjournment of the telephone conference currently scheduled on February 14, 2024 at 11:00 AM. ECF No. 39. We propose an alternative date and time of February 21, 2024 at 11:00 AM.

Prior to making this request, Plaintiff's counsel confirmed with the Deputy Clerk that the proposed alternative date and time is available. We have not obtained the position of other party because none of the Defendants has yet appeared in this case and the Plaintiff has no working method of contacting any of the Defendants with respect to this litigation.

Conference adjourned to
February 21, 2024, at
11:00 a.m.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

February 8, 2024

Sincerely,

*/s/ Charles Du*

Charles Du
Counsel for Plaintiff

1