UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 32BJ,

               Plaintiff,

-against-

ALLIED CLEANING AND MAINTENANCE
CORP.; ALLIED CLEANING AND
MAINTENANCE SERVICES, INC; ALLIED
CLEANING SERVICES, INC.; GUARDIAN
BUILDING SERVICES, LLC; JOHN KIELY,
an individual,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2024_____

23 Civ. 8403 (AT) (GWG)

**ORDER ADOPTING REPORT AND <u>RECOMMENDATION</u>**

ANALISA TORRES, District Judge:

      On September 22, 2023, Plaintiff, Service Employees International Union, Local 32BJ ("SEIU"), filed this lawsuit to enforce an arbitration award against four entities—Allied Cleaning and Maintenance Corp., Allied Cleaning and Maintenance Services, Inc., Allied Cleaning Services, Inc., and Guardian Building Services, LLC (the "Entity Defendants")—and their purported owner, John Kiely. ECF No. 1. After serving Defendants, *see* ECF Nos. 22–24, SEIU moved for summary judgment, ECF No. 31. On February 7, 2024, the Court referred the motion to the Honorable Gabriel W. Gorenstein for a report and recommendation. ECF No. 38.

      After careful consideration, Judge Gorenstein issued a Report and Recommendation (the "R&R"), proposing that (1) SEIU's motion be denied as to Kiely and granted as to the Entity Defendants; (2) SEIU be awarded a judgment of $22,335.60 against the Entity Defendants; and (3) the Clerk of Court award interest against the Entity Defendants in the amount of $5.51 per day from December 7, 2022 until the date judgment is entered. R&R at 15–16, ECF No. 51. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* R&R at 12; Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Gorenstein's thorough and well-reasoned R&R.

      Accordingly, the Court ADOPTS Judge Gorenstein's R&R in its entirety. The Clerk of Court is directed to terminate the motion at ECF No. 31, enter judgment consistent with this order and the R&R, and close the case.

      SO ORDERED.

Dated: June 11, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge