UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 32BJ,

                    Plaintiff,                      23 **CIVIL** 8403 (AT)(GWG)

      -against-                              **JUDGMENT**

ALLIED CLEANING AND MAINTENANCE
CORP.; ALLIED CLEANING AND
MAINTENANCE SERVICES, INC; ALLIED
CLEANING SERVICES, INC.; GUARDIAN
BUILDING SERVICES, LLC; JOHN KIELY,
an individual,
                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 11, 2024, the Court ADOPTS Judge Gorenstein's R&R in its entirety. For the foregoing reasons, SEIU's motion for summary judgment (Docket # 31) is granted in part and denied in part. SEIU's motion is denied as to defendant John Kiely. Instead, SEIU is awarded a judgment of $22,335.60 against defendants Allied Cleaning and Maintenance Corp., Allied Cleaning and Maintenance Services, Inc., Allied Cleaning Services, Inc., and Guardian Building Services, LLC. In addition to this amount, interest is awarded against these defendants in the amount of $5.51 per day from December 7, 2022, until the date judgment is entered in the total interest amount of $3,047.03. Accordingly, the case is closed.

**Dated:**  New York, New York
          June 11, 2024

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court

                      **BY:**

                                                    **Deputy Clerk**